UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIKETA LESHUN SHERILL,

    Plaintiff,

v.                                            Case No.   8:22-cv-2122-WFJ-AEP

SARASOTA POLICE
DEPARTMENT, *et al.*,

    Defendants.
_____/

## ORDER

    Mr. Sherill filed a civil rights complaint (Doc. 1). He alleges that on April 7, 2021, while exiting a convenience store in Sarasota, Florida, he was subjected to excessive force when he was shot with a stun gun by a police officer.

    Mr. Sherill previously filed a complaint in this Court on May 3, 2022, in which he alleged the same claim, and the action is pending. *See Sherill v. M. Spencer*, Case No. 8:22-cv-1036-KKM-AEP. Mr. Sherill may not simultaneously litigate duplicative suits in two cases in this Court. Therefore, because Mr. Sherill first filed his complaint in Case No. 8:22-cv-1036-KKM-AEP, the complaint in this case will be dismissed. *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 39 (2d Cir. 2000) (where actions are identical "simple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the

1

same court, against the same defendant at the same time").

Accordingly, the complaint (Doc. 1) is **DISMISSED** without prejudice to Mr. Sherill pursing his claims in Case No. 8:22-cv-1036-KKM-AEP. The Clerk must close this case.

**ORDERED** in Tampa, Florida on September 19, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Niketa Leshun Sherill, *pro se*